United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHICAGO WICKER & TRADING COMPANY,<br><br>    Defendant. | Case No. 15-cv-00894-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING WHETHER CASES ARE RELATED** |

Plaintiffs Restoration Hardware, Inc. and RH US, LLC filed this patent infringement action against Defendant Chicago Wicker & Trading Company. In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above-captioned case is referred to Judge Elizabeth D. Laporte to determine whether it is related to Restoration Hardware, Inc. v. South Sea Rattan Furniture, Inc., No. 3:15-cv-00891-EDL.

**IT IS SO ORDERED.**

Dated: May 7, 2015

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge